IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL GEORGE, | : | No. 04cv652 |
| | : | |
| Plaintiff, | : | |
| | : | Judge Jones |
| v. | : | |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, et al. | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**September 1, 2005**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On May 20, 2005, we issued an Order directing Plaintiff Michael George ("George" or "Plaintiff") to show good cause for his failure to make proper service on Defendants within twenty (20) days pursuant to Federal Rule of Civil Procedure 4(m). (See Rec. Doc. 4). As the twenty days have elapsed and good cause for failure to make proper service has not been shown by Plaintiff, his action will be dismissed without prejudice.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' complaint is DISMISSED without prejudice for failure to make proper service pursuant to Fed.R.Civ.P. 4(m).

3. The Clerk of Court shall Close the file on this case.

                        s/ John E. Jones III
                        John E. Jones III
                        United States District Judge